DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IN RE: THE NAME CHANGE OF STEVEN BENTON AUBREY,**
Appellant.

No. 4D2025-1068

[January 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. FMCE21011717.

Steven Benton Aubrey, Oakland Park, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***